SEIFERT *v.* FREEMAN.

SIMMONS, C. J.  The evidence on most of the material issues involved was directly conflicting ; no abuse of discretion on the part of the trial court is made to appear ; and the judgment awarding a first new trial will therefore not be disturbed.

*Judgment affirmed. All the Justices concurring, except Lewis, J., absent.*

Submitted March 1,—Decided April 26, 1902.

Complaint.   Before Judge Nottingham.   City court of Macon. May 6, 1901.

*M. W. Harris*, for plaintiff.   *Estes & Jones*, for defendant.   ·